1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TAMECUS REED,                                  Case No.  1:22-cv-00085-DAD-HBK

12                      Plaintiff,                    ORDER TRANSFERRING CASE TO
                                                      SACRAMENTO DIVISION
13            v.
                                                      (Doc. No.  1)
14    JAN SCULLY,

15                      Defendants.

16

17            Plaintiff, a prisoner, initiated this *pro se* action by filing a civil rights complaint under 42

18    U.S.C. § 1983.  (Doc. No. 1).  Plaintiff is incarcerated at Valley State Prison, which is located in

19    Chowchilla, California and within the venue of the Fresno Division of this Court.  Plaintiff's

20    complaint, however, alleges a "due process violation" against Defendant Jan Scully, who is

21    identified as the "District Attorney of Sacramento County" stemming her alleged refusal to

22    provide Plaintiff with records and evidence to file a post-conviction appeal.  (*See generally Id*.).

23    Because the events giving rise to the cause of action allegedly occurred in Sacramento County

24    and defendant resides in Sacramento County, Plaintiff should have filed his complaint in the

25    Sacramento Division of this Court.  *See* 28 U.S.C. § 1391(b); *see also Ziegler v. Indian River*

26    *County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a §

27    1983 action).  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the

28    proper court may, on the court's own motion, be transferred to the correct court.  The Court finds

1   it in the interests of justice to transfer this case to the Sacramento Division under 28 U.S.C. §

2   1406(a).

3          ACCORIDNGLY, it is **ORDERED**:

4          The Clerk of Court is directed to transfer this action to the Sacramento Division of this

5   Court.

6

7   Dated:    July 6, 2022

8                                             HELENA M. BARCH-KUCHTA
                                              UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28